| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | HEATHER MARDEL JONES<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-400<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-mc-00023 AWI |
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | ) | |
| APPROXIMATELY $12,497.53 IN U.S. CURRENCY SEIZED FROM TUCOEMAS FEDERAL CREDIT UNION ACCOUNT NO. 113771004/489738, | ) | |
| APPROXIMATELY $95,976.75 IN U.S. CURRENCY SEIZED FROM PERSHING LLC ACCOUNT NO. HW8-828073, | ) | |
| APPROXIMATELY $4,024.90 IN U.S. CURRENCY SEIZED FROM PERSHING LLC ACCOUNT NO. HW8-827034, | ) | |
| APPROXIMATELY $4,930.58 IN U.S. CURRENCY SEIZED FROM PERSHING LLC ACCOUNT NO. HW8-827026, | ) | |
| APPROXIMATELY $64,984.14 IN U.S. CURRENCY SEIZED FROM NATIONWIDE LIFE INSURANCE COMPANY ACCOUNT NO. 01-6223215, | ) | |
| 2011 BMW X5 M, VIN: 5YMGY0C5XBLK26800, | ) | |

| | |
|---|---|
| 1  2007 BMW M6, VIN: WBSEK935X7CS32781, and | ) ) ) |
| 2  | ) |
| 3  2007 BMW M6, VIN: WBSEK93597CS32920, | ) ) ) |
| 4        Defendants. | ) ) |
| 5  _____ | ) |

6   It is hereby stipulated by and between the United States of America and
7  Claimants Terrill Brown and Cassandra Brown, ("Claimants"), by and through
8  their respective attorneys, as follows:

9   1. On or about March 6, 2013, Claimants filed a claims with the
10  Department of Treasury, Internal Revenue Service with respect to the above-
11  referenced captioned property (hereafter "assets") which were seized on or about
12  December 7, 2012.

13   2. The Department of Treasury, Internal Revenue Service has sent
14  written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known
15  interested parties. The time has expired for any person to file a claim to the
16  currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the
17  Claimants have filed a claim to the assets in the administrative forfeiture
18  proceeding.

19   3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a
20  complaint for forfeiture against the assets and/or to obtain an indictment alleging
21  that the assets are subject to forfeiture within 90 days after a claim has been filed
22  in the administrative forfeiture proceedings, unless the court extends the deadline
23  for good cause shown or by agreement of the parties.

24   4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement
25  to extend to June 18, 2013, the time in which the United States is required to file a
26  civil complaint for forfeiture against the assets and/or to obtain an indictment
27  alleging that the assets are subject to forfeiture.

28   5. Accordingly, the parties agree that the deadline by which the United

1  States shall be required to file a complaint for forfeiture against the assets and/or to
2  obtain an indictment alleging that the assets are subject to forfeiture shall be
3  extended to June 18, 2013.

Dated: May 29 , 2013                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Heather Mardel Jones
                                          HEATHER MARDEL JONES
                                          Assistant United States Attorney


Dated: May 29 , 2013                     /s/ Alfred A. Gallegos
                                          ALFRED A. GALLEGOS
                                          Attorney for Claimants
                                          Terrill Brown and Cassandra Brown


IT IS SO ORDERED.

Dated:   May 31, 2013
                                          _____
                                          SENIOR DISTRICT JUDGE