```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEATHER MARDEL JONES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-400
    Facsimile: (559) 497-4099
 5
 6  Attorneys for United States of America
 7
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-mc-00023 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING THE UNITED STATES'** |
| v. ) | **TIME TO FILE A COMPLAINT FOR** |
| ) | **FORFEITURE AND/OR TO OBTAIN** |
| ) | **AN INDICTMENT ALLEGING** |
| APPROXIMATELY $12,497.53 IN ) | **FORFEITURE** |
| U.S. CURRENCY SEIZED FROM ) | |
| TUCOEMAS FEDERAL CREDIT ) | |
| UNION ACCOUNT NO. ) | |
| 113771004/489738, ) | |
| ) | |
| APPROXIMATELY $95,976.75 IN ) | |
| U.S. CURRENCY SEIZED FROM ) | |
| PERSHING LLC ACCOUNT NO. ) | |
| HW8-828073, ) | |
| ) | |
| APPROXIMATELY $4,024.90 IN U.S. ) | |
| CURRENCY SEIZED FROM ) | |
| PERSHING LLC ACCOUNT NO. ) | |
| HW8-827034, ) | |
| ) | |
| APPROXIMATELY $4,930.58 IN U.S. ) | |
| CURRENCY SEIZED FROM ) | |
| PERSHING LLC ACCOUNT NO. ) | |
| HW8-827026, ) | |
| ) | |
| APPROXIMATELY $64,984.14 IN ) | |
| U.S. CURRENCY SEIZED FROM ) | |
| NATIONWIDE LIFE INSURANCE ) | |
| COMPANY ACCOUNT NO. 01- ) | |
| 6223215, ) | |
| ) | |
| 2011 BMW X5 M, VIN: ) | |
| 5YMGY0C5XBLK26800, ) | |

| | |
|---|---|
| 1  2007 BMW M6, VIN: WBSEK935X7CS32781, and | ) ) ) |
| 2  2007 BMW M6, VIN: WBSEK93597CS32920, | ) ) ) |
| 3 | ) |
| 4          Defendants. | ) ) |
| 5  _____ | ) |

It is hereby stipulated by and between the United States of America and Claimants Terrill Brown and Cassandra Brown, ("Claimants"), by and through their respective attorneys, as follows:

1.      On or about March 6, 2013, Claimants filed a claims with the Department of Treasury, Internal Revenue Service with respect to the above-referenced captioned property (hereafter "assets") which were seized on or about December 7, 2012.

2.      The Department of Treasury, Internal Revenue Service has sent written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants have filed a claim to the assets in the administrative forfeiture proceeding.

3.      Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the assets and/or to obtain an indictment alleging that the assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 18, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the assets and/or to obtain an indictment alleging that the assets are subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United

States shall be required to file a complaint for forfeiture against the assets and/or to obtain an indictment alleging that the assets are subject to forfeiture shall be extended to June 18, 2013.

Dated: May 29, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: May 29, 2013

/s/ Alfred A. Gallegos
ALFRED A. GALLEGOS
Attorney for Claimants
Terrill Brown and Cassandra Brown

IT IS SO ORDERED.

Dated:   May 31, 2013

SENIOR DISTRICT JUDGE